McGREGOR W. SCOTT
United States Attorney
GARY M. LEUIS
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00196-SAB |
|---|---|
| Plaintiff, | [Citation #7476862 CA/82] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| SALVADOR ACEVES, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Gary M. Leuis, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00196-SAB [Citation #7476862 CA/82] against SALVADOR ACEVES without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: November 5, 2018

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Gary M. Leuis
GARY M. LEUIS
Special Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00196-SAB [Citation #7476862 CA/82] against SALVADOR ACEVES be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **November 6, 2018**

UNITED STATES MAGISTRATE JUDGE